WILLIAM H. POWELL, III v. IRWIN I. KIMMELMAN, ATTORNEY GENERAL OF THE STATE OF NEW JERSEY.

December 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES CARL SPANN.

December 20, 1983.

Petition for certification denied.

JOSIAH E. DUBOIS, JR. AND DOROTHY F. DUBOIS v. DIRECTOR, DIVISION OF TAXATION.

December 28, 1983.

ORDERED that the judgment of the Appellate Division is summarily affirmed.

WALTER P. COONS v. AMERICAN HONDA MOTOR CO., INC. AND HONDA MOTOR CO., LTD. OF JAPAN AND ATTORNEY GENERAL OF NEW JERSEY.

January 3, 1984.

ORDERED that the petition for rehearing is granted, limited solely to the question of the retroactivity of the Court's decision in this matter. (See 94 N.J. 307).